IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED TECHNOLOGIES CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   05-2224 Ma/An |
| | ) | |
| SIXTY-ONE INDUSTRIAL PARK, | ) | |
| LTD., ELIZABETH FEEZOR | ) | |
| LAZAROV, and DAVID BENJAMIN | ) | |
| LAZAROV, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Before the Court is Defendants Sixty-One Industrial Park, Ltd. and Elizabeth Feezor Lazarov's ("Defendants") Motion for Extension of Time to File Responsive Pleading filed on April 15, 2005. For good cause shown, the Motion is **GRANTED**. Defendants shall have up to and including June 2, 2005 to respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: April 22, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-26-05

1



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02224 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Craig J. Lazarov
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Mary Katherine Hovious
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Samuel Mays
US DISTRICT COURT