UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

FILED BY ___ D.C.

05 AUG 24 PM 3: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED TECHNOLOGIES CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 05-2224-MaAn |
| ) | |
| SIXTY-ONE INDUSTRIAL PARK, LTD., ) | |
| ELIZABETH FEEZOR LAZAROV AND ) | |
| DAVID BENJAMIN LAZAROV, ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING MOTION TO AMEND TO ADD ELIZABETH FEEZOR LAZAROV IN HER CAPACITY AS TRUSTEE OF THE BENNIE LAZAROV MARITAL TRUST AND THE BENNIE LAZAROV MARITAL TRUST AS PARTY DEFENDANTS

On motion of Plaintiff and Counter-Defendant, United Technologies Corporation ("UTC"), pursuant to Rule 15 of the Federal Rules of Civil Procedure, to amend its complaint solely to add the Bennie Lazarov Trust as a defendant and to name existing defendant, Elizabeth Feezor Lazarov as a defendant and to incorporate all existing allegations of the complaint against them; and whereas the Court finds said motion to be well taken and that it should be granted;

IT IS, THEREFORE, ORDRED that the complaint is amended to add Bennie Lazarov Trust as a defendant and existing defendant, Elizabeth Feezor Lazarov, is also named as a defendant in her capacity as the trustee of said trust.

_S. Thomas Anderson_  08-24-05
U.S. MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-26-05_

19

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CV-02224 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Allen T. Malone
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Craig J. Lazarov
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

Honorable Samuel Mays
US DISTRICT COURT