IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED TECHNOLOGIES CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SIXTY-ONE INDUSTRIAL PARK, ) <br> LTD., et al., ) <br> ) <br> Defendants. ) <br> ) <br> SIXTY-ONE INDUSTRIAL PARK, ) <br> LTD., ) <br> ) <br> Counter-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED TECHNOLOGIES CORP., ) <br> ) <br> Counter-Defendant. ) | NO.   05-2224 Ma/An |

## ORDER SETTING TELEPHONE CONFERENCE

Before the Court is the Parties' Joint Motion for Modification of the Consent Rule 16(b) Scheduling Order filed on November 3, 2005. **IT IS ORDERED** that a telephone conference in this matter should be held before United States Magistrate Judge S. Thomas Anderson on **THURSDAY, NOVEMBER 17, 2005 at 10:00 A.M.**

Counsel for the Plaintiff shall initiate the conference call and shall insure that all counsel of record are on the telephone prior to dialing Judge Anderson's chambers in Memphis,

1

Tennessee.

**IT IS SO ORDERED.**

_____
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: November 10, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CV-02224 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Craig J. Lazarov
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

Allen T. Malone
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT