UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| UNITED TECHNOLOGIES CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SIXTY-ONE INDUSTRIAL PARK, LTD., ) <br> DAVID BENJAMIN LAZAROV, THE BENNIE ) <br> LAZAROV MARITAL TRUST, AND ELIZABETH ) <br> FEEZOR LAZAROV, individually and as TRUSTEE ) <br> OF THE BENNIE LAZAROV MARITAL TRUST ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> SIXTY-ONE INDUSTRIAL PARK, LTD., ) <br> ) <br> Counter Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED TECHNOLOGIES CORPORATION, ) <br> ) <br> Counter Defendant. ) | No. **05-2224-MaAn** |

**~~PROPOSED~~ ORDER ON JOINT MOTION FOR MODIFICATION OF THE CONSENT RULE 16(b) SCHEDULING ORDER**

On motion of all parties to amend Scheduling Order by consent, the Court hereby amends the Scheduling Order as follows:

| Action | Current Deadline | Proposed Deadline |
|---|---|---|
| Completing All Discovery | February 15, 2006 | April 17, 2006 |
| Requests for Production, Interrogatories, and Requests for Admission | December 15, 2005 | February 13, 2006 |
| Plaintiff's Expert Disclosure | November 15, 2005 | January 16, 2006 |

HART1-1289653-1

| | | |
|---|---|---|
| Defendant's Expert Disclosure | January 15, 2006 | March 17, 2006 |
| Deposition of Experts | February 15, 2006 | April 17, 2006 |
| Filing Dispositive Motions | March 15, 2006 | May 15, 2006 |

IT IS SO ORDRED this 23rd day of November, 2005.

*S. Thomas Anderson*
U.S. MAG. JUDGE S. THOMAS ANDERSON

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CV-02224 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Allen T. Malone
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Craig J. Lazarov
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT