IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 19 PM 3:40

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED TECHNOLOGIES CORPORATION,

    Plaintiff,

VS.                              NO. 05-2224-MaA

SIXTY-ONE INDUSTRIAL PARK, LTD., ET AL.,

    Defendants.

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

    Before the court is the December 16, 2005, motion for admission *pro hac vice* of James P. Ray. Mr. Ray is a member in good standing of the bar of the state of Connecticut and is admitted to practice before the United States District Court for the District of Connecticut, the Commonwealth of Massachusetts, and the state of New York. Mr. Ray has obtained and is familiar with the local rules and professional guidelines of this court. For good cause shown, the motion is granted and James P. Ray is admitted to participate in this action as counsel for plaintiff.

    It is so ORDERED this 19th day of December, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-19-05

28

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CV-02224 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Allen T. Malone
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Craig J. Lazarov
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT